IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-259-FL

JAMES RICE, )
 )
       Plaintiff, )
 )
v. ) <u>REMAND ORDER</u>
 )
CAROLYN W. COLVIN, )
  Acting Commissioner of )
  Social Security )
 )
       Defendant. )
_____)

    This matter is before the Court on the Plaintiff's Motion for Judgment on the Pleadings and the Defendant's Motion for Remand to the Commissioner. The Plaintiff's counsel indicated that she consents to the Motion for Remand.

    Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and remands the case under SENTENCE FOUR of 42 U.S.C. § 405(g) to the Commissioner for further proceedings.

    SO ORDERED this  10th  day of  September , 2013.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE